FILED

11/22/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0575

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0575

RIKKI HELD; LANDER B., by and through his
guardian Sara Busse; BADGE B., by and through his
guardian Sara Busse; SARIEL SANDOVAL; KIAN T.,
by and through his guardian Todd Tanner;
GEORGIANNA FISCHER; KATHRYN GRACE
GIBSON-SNYDER; EVA L., by and through her
guardian Mark Lighthiser; MIKA K., by and through
his guardian Rachel Kantor; OLIVIA VESOVICH;
JEFFREY K., by and through his guardian Laura King;
NATHANIEL K., by and through his guardian Laura
King; CLAIRE VLASES; RUBY D., by and through
her guardian Shane Doyle; LILIAN D., by and through
her guardian Shane Doyle; TALEAH HERNÁNDEZ,

        Plaintiffs and Appellees,

    v.

STATE OF MONTANA, GOVERNOR GREG
GIANFORTE, MONTANA DEPARTMENT OF
ENVIRONMENTAL QUALITY, MONTANA
DEPARTMENT OF NATURAL RESOURCES AND
CONSERVATION, and MONTANA DEPARTMENT
OF TRANSPORTATION,

        Defendants and Appellants.

O R D E R

Byron L. Trackwell has filed a motion to file an amicus brief. Trackwell has attached a proposed amicus brief to his motion. Good cause appearing,

IT IS HEREBY ORDERED that the motion is GRANTED. The Clerk is directed to file the brief attached to the motion.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 22 2023